UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Amco Insurance Company,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:08-cv-01690 |
| **First Christian Church of Kirksville, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On November 4, 2008, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable David D. Noce, United States Magistrate Judge.

Dated this 4th day of November, 2008.

                                           James G. Woodward
                                           Clerk of Court

                                           By: /s/ Karen Moore
                                           Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:08CV0059 DDN.**